UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KERRY AKEEM MILLEDGE, )<br>ANTRON OZIER CHARLES )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | INDICTMENT NO. CR422-0116<br><br>21 U.S.C. § 841(a)(1)<br>Possession with Intent to<br>Distribute a Controlled<br>Substance (Marijuana)<br><br>18 U.S.C. § 924(c)<br>Possession of Firearms in<br>Furtherance of a Drug<br>Trafficking Crime<br><br>18 U.S.C. § 922(g)<br>Possession of Firearms by a<br>Prohibited Person<br><br>18 U.S.C. § 2<br>Aiding and Abetting |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession with Intent to Distribute a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about March 1, 2022, in Chatham County, within the Southern District of Georgia, the defendants,

**KERRY AKEEM MILLEDGE,**
**ANTRON OZIER CHARLES,**

aided and abetted by each other and others known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about March 1, 2022, in Chatham County, within the Southern District of Georgia, the defendants,

**KERRY AKEEM MILLEDGE,**
**ANTRON OZIER CHARLES,**

aided and abetted by each other, did knowingly possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, *Possession with Intent to Distribute a Controlled Substance*, in violation of Title 21, United States Code, Section 841, as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 1, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

## KERRY AKEEM MILLEDGE,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, firearms, that is, a Glock, model 27, .40 caliber pistol, and a Smith & Wesson, Model M&P, 9mm caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, Defendant, or upon conviction of Counts One and Three of this Indictment, the defendant, **KERRY AKEEM MILLEDGE, and ANTRON OZIER CHARLES**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United states Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s) including, but not limited to a Glock, model 27, .40 caliber pistol, SN BVLH958, and a Smith & Wesson, Model M&P, 9mm caliber pistol, SN MPF7176, 22 rounds of .40 caliber ammunition and 18 rounds of 9mm caliber ammunition.

If any of the property described above, as a result of any act or commission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
David H. Estes
United States Attorney

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division